**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

MICHAEL JAMES HUFFMAN *et al.* PLAINTIFFS

V. 4:14CV00088 SWW/HDY

BRIAN BRADSHAW *et al.* DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff Jeremy Ruff's claims are DISMISSED WITHOUT PREJUDICE, and Ruff's name is removed as a party Plaintiff.

DATED this 15th day of April, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE