**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

MICHAEL JAMES HUFFMAN *et al.*                                                     PLAINTIFFS

V.                                          4:14CV00088 SWW

BRIAN BRADSHAW *et al.*                                                            DEFENDANTS

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of June, 2014.

*/s/Susan Webber Wright*

UNITED STATES DISTRICT JUDGE